# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Denk,<br><br>    Plaintiff,<br><br>v.<br><br>City of Peoria, et al.,<br><br>    Defendants. | No. CV-20-00818-PHX-ROS (MHB)<br><br>**ORDER** |

Plaintiff has filed a First Amended Complaint in compliance with Federal Rule of Civil Procedure 15(a). The Court will therefore deny the pending motion to dismiss as moot, as it relates to the now-superseded original Complaint.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (Doc. 4) is **denied as moot**.

Dated this 9th day of June, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge